IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-02599-AP**

**CAROLYN J. HOWARD,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Consistent with Defendant's Notice of Stipulation to an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #18), filed September 21, 2005, it is

**ORDERED** that the Defendant shall pay to Plaintiff, in care of Plaintiff's attorney, attorney fees in the amount of **$5,350.00**.

Dated at Denver, Colorado, this 21st day of September, 2005.

BY THE COURT:

S/**John L. Kane**
SENIOR JUDGE,
UNITED STATES DISTRICT COURT