# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Judge John L. Kane

Civil Action No. **04-cv-02599-JLK**

**CAROLYN J. HOWARD**

    **Plaintiff,**

**vs.**

**JO ANNE B. BARNHART, Commissioner of Social Security,**

    **Defendant.**

_____

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
_____

THE MATTER before the Court is Plaintiff's Motion (doc. #20) For An Award of Attorney Fees Under 42 U.S.C. §406(b) filed January 15, 2007.

The Court, having reviewed the motion, hereby

**ORDERS** that the Plaintiff's attorney shall be entitled to receive an additional amount of $10,605.13 under 42 U.S.C.§406(b) for representation in this Court.

DATED:  January 31, 2007

                BY THE COURT:

                *S/John L. Kane*
                THE HONORABLE JOHN L. KANE
                U.S. DISTRICT COURT